UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff  
Clerk

OFFICE OF THE CLERK  
P.O. Box 8286  
SAVANNAH, GEORGIA   31412

(912)650-4020

RE:  Kinard v. Gallina et al.,

## NOTICE TO ALL COUNSEL OF RECORD

Take notice that the above-styled NOTICE OF REMOVAL has been docketed in the Southern District of Georgia,  Statesboro Division .

The Civil Action Number assigned to this case is: CV616-40

The case was filed and docketed on 4/6/2016 ,

and has been assigned to   Judge J. Randal Hall .

THE REMOVING PARTY IS DIRECTED TO FILE A STATEMENT ENUMERATING ALL MOTIONS PENDING IN SAID CASE WITHIN THE STATE COURT AT THE TIME OF REMOVAL. THE REMOVING PARTY IS ALSO DIRECTED THAT COPIES OF ALL PENDING MOTIONS AND RESPONSES SHALL BE PROVIDED TO THE COURTROOM DEPUTY CLERK FOR THE PRESIDING JUDGE WITHIN TEN (10) DAYS OF REMOVAL.

DATE:   4/6/2016

cc:  
Harris  
Jones  
Mitchell

SCOTT L. POFF, CLERK

BY: _____  
Deputy Clerk