IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HAMILTON KINARD, and <br> BRITTANY KINARD, <br> Plaintiffs, <br><br> v. <br><br> JOHN GALLINA, Individually and as Agent of Purple Heart Homes, Inc., <br> DALE BEATTY, Individually and as Agent of Purple Heart Homes, Inc., <br> ASHLEY DOANE, Individually and as Agent of Purple Heart Homes, Inc. <br> JIM LONCAR, Individually and as Agent of Purple Heart Homes, Inc., and <br> PURPLE HEART HOMES, INC., <br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 6:16-cv-00040-JRH-GRS |

**ORDER**

Having received and reviewed the Parties' Joint Motion To Stay The Discovery Period Pending The Court's Ruling On The Defendant's Motion To Dismiss, and finding good cause for same,

IT IS HEREBY ORDERED AND ADJUDGED, that the Parties' motion is hereby **GRANTED.** The discovery period in the above-styled case shall be stayed pending the Court's Ruling on the Defendants' previously filed Motion to Dismiss.

SO ORDERED, this 18Th day of August, 2016.

_____
United States Magistrate Judge
Southern District of Georgia