# United States District Court
## *Southern District of Georgia*

HAMILTON KINARD, and BRITTANY KINARD,

    Plaintiff,

                            JUDGMENT IN A CIVIL CASE

                   **V.**                  CASE NUMBER: CV616-040

JOHN GALLINA, ET AL.,

    Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on May 18, 2017, the Defendants' motion to dismiss is GRANTED. Plaintiffs' complaint is DISMISSED with prejudice and this case stands CLOSED.

May 18, 2017
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*